UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ASCOT VALLEY FOODS, LTD.,                     :
                                              :
                           Plaintiff,         :          22-CV-2655 (RA) (OTW)
                                              :
              -against-                       :          **ORDER**
                                              :
ADF FOODS (USA), LTD.,                        :
                                              :
                           Defendant.         :
                                              :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on May 25, 2023. Pursuant to rulings made on the record at the conference, Plaintiff is directed to produce the discovery discussed at the conference to Defendant by **June 23, 2023**.

The parties shall meet and confer on a revised discovery schedule after the production of the above-referenced discovery.

The parties are directed to refer to the transcript of the May 25 conference for greater detail on the Court's rulings.

The Clerk of Court is respectfully directed to close ECF 41.

**SO ORDERED.**

                                                         _s/ Ona T. Wang_
Dated: May 25, 2023                                      **Ona T. Wang**
       New York, New York                                United States Magistrate Judge