UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ASCOT VALLEY FOODS, LTD.,                  :
                                           :
                   Plaintiff,              :    22-CV-2655 (DEH) (OTW)
                                           :
            -against-                      :    **ORDER**
                                           :
ADF FOODS (USA), LTD.,                     :
                                           :
                   Defendant.              :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' proposed scheduling order. (ECF 53). In my May 25, 2023, post-status conference order, I directed Plaintiff to produce the discovery discussed at the conference to Defendant by June 23, 2023. (*See* ECF 47). ECF 53 suggests that it was not timely done, because the parties did not file a new proposed discovery schedule until five months after the May 25, 2023, conference, omitted that detail from ECF 53, and never sought interim relief when it now appears that Plaintiff failed to comply with the June 23, 2023 deadline.

The Court will hold a status conference in the matter on **Wednesday, December 6, 2023, at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The fact discovery deadline is accordingly extended to **December 6, 2023**, and **the parties should not expect that the deadline will be extended again**.

The parties are directed submit a joint proposed agenda by **Monday, December 4, 2023**, that specifically identifies the discovery that has been completed and when it was done, what

(if any) discovery remains outstanding, and explains why that discovery was not conducted sooner.

**SO ORDERED.**

Dated: October 26, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge