UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ASCOT VALLEY FOODS, LTD.,

               Plaintiff,

               -against-

ADF FOODS (USA), LTD.,

               Defendant.
------------------------------------------------------------x

22-CV-2655 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on January 23, 2024. Pursuant to rulings made on the record at the conference, the parties shall file a joint status letter by **Friday, March 1, 2024**, reporting to the Court either that fact discovery is complete, or if discovery remains ongoing, what issues remain, the steps they have taken to resolve those issues without Court intervention, and proposed completion dates for the outstanding items. In their letter, the parties are further directed to propose an expert discovery schedule. The fact discovery deadline is extended to **Friday, March 1, 2024**.

The Court will hold a status conference in the matter on **Thursday, April 4, 2024 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed submit a joint proposed agenda **by Tuesday, April 2, 2024**.

       **SO ORDERED.**

Dated: January 23, 2024
       New York, New York

       /s/ Ona T. Wang
       **Ona T. Wang**
       United States Magistrate Judge