**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ASCOT VALLEY FOODS, LTD.,                                         :

                     Plaintiff,                                  :

                  -against-                                 :

ADF FOODS (USA), LTD.,                                              :

                  Defendant.                                :

-------------------------------------------------------------x

22-CV-2655 (RA) (OTW)

**<u>ORDER</u>**

**ONA T. WANG**, **United States Magistrate Judge**:

       The Court held a status conference in this matter on April 4, 2024. Pursuant to rulings made on the record at the conference, Defendant is directed to file two separate proposed order regarding (1) serving non-party Cara Gardner, and (2) expert discovery deadlines, by **Friday, April 12, 2024**.

       **SO ORDERED.**

                                       _/s/ Ona T. Wang_

Dated: April 4, 2024                                                          **Ona T. Wang**
      New York, New York                                 United States Magistrate Judge