UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCOT VALLEY FOODS, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ADF FOODS (USA), LTD, <br><br> Defendant. | Case No.: 22-CV-2655 (DEH)(OTW) <br><br> [PROPOSED] ORDER |

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on April 4, 2024. At the status conference, Defendant ADF Foods (USA), Ltd ("ADF") made an application consistent with its letter dated April 2, 2024 for an Order permitting alternate service of a deposition subpoena on non-party Cara Gardner ("Gardner"). Dkt. No. 68. Plaintiff Ascot Valley Foods, Ltd. ("Ascot") did not object to Defendant ADF's application.

For the reasons set forth on the record at the April 4, 2024 conference, Defendant ADF's application is granted. Defendant ADF may serve Gardner with a deposition subpoena by email at the email address provided to Defendant ADF for Gardner by Plaintiff Ascot.

**SO ORDERED.**

Dated: April 15, 2024
New York, New York

_____
Ona T. Wang
United States Magistrate Judge

1