UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCOT VALLEY FOODS, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ADF FOODS (USA), LTD, <br><br> Defendant. | Case No.: 22-CV-2655 (DEH)(OTW) <br><br> [PROPOSED] ORDER |

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on April 4, 2024. At the status conference, Defendant ADF Foods (USA), Ltd ("ADF") made an application to extend all the deadlines in the parties' expert discovery schedule by four weeks. Plaintiff Ascot Valley Foods, Ltd. ("Ascot") did not object to Defendant ADF's application and has agreed to the below schedule.

For the reasons set forth on the record at the April 4, 2024 conference, Defendant ADF's application is granted. The expert discovery schedule is as follows:

- The parties shall serve their opening expert reports under FRCP 26(a)(2) by May 22, 2024.
- The parties shall serve their rebuttal expert reports' under FRCP 26(a)(2) by July 3, 2024.
- The parties shall complete expert depositions by July 29, 2024.

**SO ORDERED**.

Dated: April **15**, 2024  
      New York, New York

                                                            Ona T. Wang  
                                                            United States Magistrate Judge