**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ASCOT VALLEY FOODS, LTD.,

               Plaintiff,

               -against-

ADF FOODS (USA), LTD.,

               Defendant.
-------------------------------------------------------------x

22-CV-2655 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a telephonic preliminary settlement conference in this action on January 21, 2025. Accordingly, the parties are directed to file a joint letter on the docket by **January 27, 2025**, identifying three dates and times during the weeks of **April 7, 2025**, and **April 21, 2025**, when the parties and their counsel are available for an in-person Settlement Conference.

       **SO ORDERED.**

Dated: January 21, 2025
       New York, New York

                                   */s/ Ona T. Wang*
                                    **Ona T. Wang**
                         United States Magistrate Judge