UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ascot Valley Foods, Ltd., <br><br>      Plaintiff, <br><br>   v. <br><br>ADF Foods (USA), Ltd., <br><br>      Defendant. | 22-CV-2655 (DEH) <br><br> MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

  The Court has been advised that the settlement conference held before Magistrate Judge Wang on April 22, 2025 was not successful.  As a result, it is hereby ORDERED that the parties shall file a joint status letter **by May 16, 2025** proposing next steps in this litigation.  Specifically, the parties shall indicate whether any party intends to file a motion for summary judgment and, if so, shall include both a brief statement of the anticipated grounds for such a motion and a proposed briefing schedule.[1]  If neither party intends to file a motion for summary judgment, the parties shall state the estimated length of trial and the parties' availability for a trial in November or December 2025, or in January 2026.

  The parties shall appear for a status conference before the Court on **Wednesday, May 21, 2025**, at **11:00 A.M. EST**.  The conference shall be held on Microsoft Teams.  The parties are instructed to join the conference by dialing the Court's dedicated conference line at 646-453-4442 and entering conference ID: 870 515 238 followed by the pound (#) sign.

SO ORDERED.

Dated: May 8, 2025
   New York, New York

                       DALE E. HO
                       United States District Judge

---

[1] If the parties intend to file cross motions for summary judgment, the Court will permit only two briefs per side.  The parties' proposed briefing schedule should account for this policy.