UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ascot Valley Foods, Ltd., | |
| Plaintiff(s), | 22-CV-2655 (DEH) |
| v. | ORDER |
| ADF Foods (USA), Ltd., | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

It is hereby **ORDERED** a conference in this matter will be held at 11:30 A.M. on January 12, 2026, regarding the parties cross-motions for summary judgment.  ECF Nos. 108 & 111.  The conference shall be held on Microsoft Teams. The parties are instructed to join the conference by dialing +1 646-453-4442 and entering conference ID 312 573 736 followed by the pound (#) key.  Plaintiff shall be prepared to address, among other things, briefing in opposition to Defendant's motion; Defendant shall be prepared to address, among other things, the timeliness of their opposition to Plaintiff's motion.

SO ORDERED.

Dated: January 8, 2026
        New York, New York

_____
                    DALE E. HO
        United States District Judge