UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ascot Valley Foods, Ltd., | |
| Plaintiff(s), | |
| v. | |
| ADF Foods (USA), Ltd., | |
| Defendant(s). | |

22-CV-2655 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to an unforeseen scheduling conflict on the Court's calendar, the conference currently scheduled for January 12, 2026 at 11:30 A.M. is rescheduled for January 12, 2026 at 2:30 P.M.  The conference shall be held on Microsoft Teams. The parties are instructed to join the conference by dialing +1 646-453-4442 and entering conference ID 312 573 736 followed by the pound (#) key.

SO ORDERED.

Dated:  January 9, 2026
          New York, New York

_____
          DALE E. HO
          United States District Judge