UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ascot Valley Foods, Ltd.,

Plaintiff(s),

v.

ADF Foods (USA) Ltd.,

Defendant(s).

22-CV-2655 (DEH)

ORDER

DALE E. HO, United States District Judge:

As the parties were notified via email, the conference previously scheduled for January 12, 2026 at 2:30 P.M. has been canceled. Upon closer review of the docket, the Court deemed a conference no longer necessary.

SO ORDERED.

Dated: January 12, 2026
       New York, New York

_____
DALE E. HO
United States District Judge