

## LAZARE POTTER GIACOVAS & MOYLE LLP

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-2402
dpotter@lpgmlaw.com

July 11, 2025

<u>VIA ECF</u>

Honorable Dale E. Ho
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

  Re: Ascot Valley Foods, Ltd. v. ADF Foods (USA), Ltd.
    <u>Case No. 22-CV-02655 (RA)</u>

Dear Judge Ho:

  We represent defendant ADF Foods (USA), Ltd. ("ADF") in the above-referenced case. Pursuant to Section 6(d)(iii) the Court's Individual Rules and Practices in Civil Cases ("Individual Rules"), we submit this letter-motion to request the Court grant ADF leave to file redacted versions of exhibits to the Declaration of David E. Potter in support of its opposition to Plaintiff Ascot Valley Foods, Ltd's ("Ascot") Motion for Summary Judgment and to file unredacted versions of the exhibits under seal.

  The documents sought to be filed under with redactions and under seal are exhibits to ADF's expert witness affidavit. The documents contain sensitive proprietary information of both parties, including recipes and cooking instructions for products manufactured by Ascot on behalf of ADF and others.

  Section 6(b) the Court's Individual Rules provides that parties may "without prior Court approval, redact from their public filings the six categories of information requiring 'caution' described in the Privacy Policy, i.e., …proprietary or trade secret information…." However, in order to file under seal via ECF, the ECF Help Desk advised that we may still need to file a motion to seal in order to file unredacted versions of the exhibits on ECF using the restricted access feature.

  Pursuant to Section 6(d)(iii) of the Court's Individual Rules, we are simultaneously filing with this letter-motion (1) the exhibits with the proposed redactions and (2) unredacted copies with the proposed redactions highlighted.

Thank you for your consideration of this matter.

Respectfully submitted,

S/*David E. Potter*

David E. Potter

cc:    Anthony Juliano, Esq.

APPLICATION GRANTED.  The documents in questions are submitted in connection with a motion for partial summary judgment, and are therefore judicial documents to which a high presumption of public access attaches.  Nevertheless, the protection of trade secrets, such as the recipes and cooking instructions in the redacted materials here, constitutes a higher value that may override that presumption.  *See Samsung Elecs. Co. v. Microchip Tech. Inc.*, 748 F. Supp. 3d 257, 261 (S.D.N.Y. 2024).  Because the proposed redactions are narrowly tailored to serve that higher interest, the application is granted.  The Clerk of Court is directed to maintain the unredacted document at ECF No. 107 under seal.  A redacted version may be found on the public docket at 117-14.

The Clerk of Court is respectfully directed to close ECF No. 106.

Dale E. Ho
United States District Judge
Dated: January 12, 2026
New York, NY
