

B R A C H | E I C H L E R llc

Anthony Juliano, Esq.
Direct Dial: 973-403-3154
Direct Fax: 973-618-5554
E-mail: ajuliano@bracheichler.com

February 19, 2026

**VIA ECF**
Honorable Dale E. Ho, U.S.D.J.
Thurgood Marshall
U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED in part and DENIED in part.  The parties shall submit the required pretrial submissions by **March 6, 2026**. The Clerk of Court is respectfully directed to terminate ECF No. 134.

SO ORDERED.

Dated: February 20, 2026          Dale E. Ho
New York, New York               United States District Judge

    Re:    **Ascot Valley Foods, Ltd. v. ADF Foods (USA), Ltd.**
            **Case No.: 22-cv-2655**

Dear Judge Ho:

This firm represents plaintiff Ascot Valley Foods, Ltd. ("Plaintiff"), in the above referenced matter.  Please accept this joint letter motion seeking a short extension of the Pretrial Submissions deadline.  I have conferred with counsel for defendant ADF Food (USA), Ltd., and confirmed that defendant joins in this extension request.

This matter is scheduled for a final pretrial conference before Your Honor on March 25, 2026 at 11 a.m. (Docket No. 91).  The pretrial conference is the next scheduled appearance. Pursuant to Your Honor's Individual Rule 5, Pretrial submissions are due on February 23, 2026. The parties are requesting the deadline be extended from February 23, 2026 to March 11, 2026. There has been no prior request to extend this deadline.

The parties' counsel have been working toward completion of the Pretrial Submissions since the summary judgment decisions were received on February 6, 2026 (Docket No. 131).  As a result of scheduling conflicts, counsel has not had the opportunity to fully discuss stipulations and objections to exhibits.  The parties are requesting a short extension in order to resolve the stipulations and objections related to exhibits and finalize the Submissions.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Anthony M. Juliano*
Anthony M. Juliano

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.16159924.1/ASC016-281773