UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ascot Valley Foods,

Plaintiff(s),

v.

ADF Foods,

Defendant(s).

22-CV-2655 (DEH)

ORDER

DALE E. HO, United States District Judge:

This matter is set for a two-day bench trial beginning April 6, 2026. Trial will commence at 10:00 a.m. in Courtroom 905.

SO ORDERED.

Dated: March 30, 2026
New York, New York

DALE E. HO
United States District Judge