UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ascot Valley Foods, Ltd.,

                    Plaintiff(s),

          v.

ADF Foods (USA) Ltd.,

                    Defendant(s).

22-CV-2655 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

As stated on the record, the parties are ORDERED to file post-trial Proposed Findings of Fact and Conclusions of Law on or before Thursday, May 21, 2026.  Any renewed motions to exclude testimony shall be filed by May 14, 2026; oppositions shall be filed by May 21, 2026; replies will not be permitted.

The Court will hold closing arguments on June 9, 2026 at 10:00 a.m. in Courtroom 905.

SO ORDERED.

Dated: April 8, 2026
       New York, New York

_____
          DALE E. HO
   United States District Judge