# BRACH | EICHLER LLC

Anthony Juliano, Esq.
Direct Dial: 973-403-3154
Direct Fax: 973-618-5554
E-mail: ajuliano@bracheichler.com

**Closing arguments are hereby ADJOURNED to June 25, 2026 at 10:00 a.m. The Clerk of Court is respectfully directed to terminate ECF No. 164.**

**SO ORDERED.**

Honorable Dale E. Ho, U.S.D.J.
Thurgood Marshall
U.S. Courthouse
40 Foley Square
New York, NY 10007

Dale E. Ho
United States District Judge
Dated: June 15, 2026
New York, New York

Re:    Ascot Valley Foods  v. ADF Foods; Case No.: 22-cv-2655

Dear Judge Ho:

The parties jointly and respectfully write to request that the closing arguments currently scheduled for Thursday, June 18, 2026, at 2:00 p.m., be rescheduled to either Wednesday, June 24, 2026, or Thursday, June 25, 2026.

The basis for this request is that the New York Knicks victory parade is scheduled to take place in lower Manhattan on June 18. The parade route and associated street closures are expected to cause significant disruption to travel and access in the vicinity of the Courthouse at 40 Foley Square. Counsel for both parties, as well as party representatives, may experience substantial difficulty reaching the courthouse on June 18.  Both parties are available on either June 24 or June 25.  The closing argument has been rescheduled once prior.

We thank Your Honor for your consideration of this request and are available at the Court's convenience should it require any additional information.

Respectfully submitted,

*/s/ Anthony M. Juliano*

Anthony M. Juliano

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.17154362.1/ASC016-281773