**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASCOT VALLEY FOODS, LTD.,<br><br>Plaintiff / Counter-Defendant,<br><br>vs.<br><br>ADF FOODS (USA), LTD,<br><br>Defendant / Counter-Plaintiff. | Case No.: 22-CV-2655 (DEH) |

**[~~PROPOSED~~] FINAL JUDGMENT**

This action having been tried to the Court in a bench trial on April 6, 2026, April 7, 2026 and June 25, 2026, and the Court having issued its Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52(a) on June 26, 2026 (ECF # 166), the Court hereby **ORDERS** and **ENTERS JUDGMENT** pursuant to Fed. R. Civ. P. 58, as follows:

1. Plaintiff / Counter-Defendant Ascot Valley Foods Ltd., ("Ascot") misappropriated Defendant / Counter-Plaintiff ADF Foods (USA), Ltd.'s ("ADF") trade secrets in violation of the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. § 1832 et seq. and New York law. Accordingly, ADF is awarded disgorgement damages in the amount of $2,298,114 for the time period from January 1, 2020 through December 31, 2025, representing Ascot's profits from sales to customers other than ADF of meatless meatballs produced using ADF's trade secrets during that time period (the "2020-2025 Damages").

2. ADF is awarded pre-judgment interest at the New York statutory rate of 9.00% per annum (NYCPLR §§ 5001(a); 5004) on the 2020-2025 Damages amount. Pursuant to NYCPLR § 5001(b), pre-judgment interest is calculated as follows:

a. For the period January 1, 2020 to December 31, 2020, interest is calculated on Ascot's profits of $23,155 in the calendar year 2020, from January 1, 2021 through June 30, 2026, totaling $11,461.73, plus $5.71 per day through the date of judgment.

b. For the period January 1, 2021 to December 31, 2021, interest is calculated on Ascot's profits of $84,929 in the calendar year 2021, from January 1, 2022 through June 30, 2026, totaling $34,396.25, plus $20.94 per day through the date of judgment.

c. For the period January 1, 2022 to December 31, 2022, interest is calculated on Ascot's profits of $771,547 in calendar year 2022, from January 1, 2023 through June 30, 2026, totaling $243,037.31 plus $190.24 per day through the date of judgment.

d. For the period January 1, 2023 to December 31, 2023, interest is calculated on Ascot's profits of $544,414 in calendar year 2023, from January 1, 2024 through June 30, 2026, totaling $122,493.15 plus $134.24 per day through the date of judgment.

e. For the period January 1, 2024 to December 31, 2024, interest is calculated on Ascot's profits of $529,307 in the calendar year 2024, from January 1, 2025 through June 30, 2026, totaling $71,456.45 plus $130.51 per day through the date of judgment.

f. For the period January 1, 2025 to December 31, 2025, interest is calculated on Ascot's profits of $344,761 in the calendar year 2025, from January 1, 2026 through June 30, 2026, totaling $15,514.25 plus $85.00 per day through the date of judgment.

3. Accordingly, ADF is awarded pre-judgment simple interest in the aggregate amount of $498,359.14 through June 30, 2026 (*i.e.* the sum of the totals from paragraphs 3a. to 3f.), plus $566.64 per day through the date of judgment (the "2020-2025 Pre-Judgment Interest Award").

4. The total amount of the award to ADF for the 2020-2025 Damages plus the 2020-2025 Pre-Judgment Interest Award is $2,804,406.10 (the "2020-2025 Award").

5. ADF's 2020-2025 Award is reduced by the amount of $143,055.57 (the "Ascot Award"), which represents the principal amount of $100,706.96 for unpaid invoices for goods sold, delivered, and accepted by ADF plus prejudgment interest on that amount pursuant at the statutory rate of nine percent (9%) per annum, calculated as simple interest from the due date of each unpaid invoice through the date of entry of this Judgment. Additional interest from June 30, 2026 at $24.83 per day.

6. ADF's final award is $2,661,052.91 ("ADF Net Award"), which represents ADF's 2020-2025 Award less the Ascot Award.

7. ADF is awarded post-judgment interest on the ADF Net Award starting from the date on which the judgment is entered pursuant to 28 U.S.C. § 1961.

8. ADF is further awarded disgorgement damages from the profits derived by Ascot from sales of meatless meatballs after December 31, 2025 (the "2026 Sales"). In order to award this additional amount of damages, Ascot is **ORDERED** to submit to the Court by July 17, 2026, a calculation of profits made by it from the 2026 Sales from January 1, 2026 to July 10, 2026, and such calculation is to be in a form substantially similar to Exhibit DX-50 admitted at trial.

9. Within seven (7) days of Ascot's submission to the Court of a calculation of its profits from the 2026 Sales, ADF shall file a proposed supplemental judgment for the aggregate amount of Ascot's profits from the 2026 Sales plus pre- and post-judgment interest.

10. A permanent injunction shall be entered concurrently with this Judgment.

11. ADF did not breach the July 29, 2015 Co-Pack Agreement between the parties on account of an alleged failure to order a minimum number of cases during the 2020-2021 term.

12. ADF is not liable for promissory estoppel or breach of contract for custom materials and packaging.

**On review of the Parties' proposed judgments, the Court concludes that pre-judgment interest is mandatory and adopts the judgment in the form above. *See United Realty Advisors, LP v. Verschleiser*, No. 14 Civ. 5903, 2022 WL 17250107, at *1 (S.D.N.Y. Nov. 25, 2022), *aff'd*, No. 22 Civ. 3235, 2024 WL 4380274 (2d Cir. Oct. 3, 2024).**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 14, 2026
New York, New York