**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASCOT VALLEY FOODS, LTD.,<br><br>Plaintiff / Counter-Defendant,<br><br>vs.<br><br>ADF FOODS (USA), LTD,<br><br>Defendant / Counter-Plaintiff. | Case No.: 22-CV-2655 (DEH) |

**~~[PROPOSED]~~ SUPPLEMENTAL FINAL JUDGMENT**

This action having been tried to the Court in a bench trial on April 6, 2026, April 7, 2026 and June 25, 2026, and the Court having issued its Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52(a) on June 26, 2026 (ECF # 166), and having entered a Final Judgment on July 15, 2026 awarding disgorgement damages to Defendant / Counter-Plaintiff ADF Foods (USA), Ltd. ("ADF") against Plaintiff / Counter-Defendant Ascot Valley Foods Ltd. ("Ascot") calculated for the time period between January 1, 2020 and December 31, 2025, plus pre- and post-judgment interest, and having directed that a supplemental judgment be entered awarding further disgorgement damages to ADF calculated for the time period beginning on January 1, 2026 (ECF #185), the Court hereby **ORDERS** and **ENTERS JUDGMENT** pursuant to Fed. R. Civ. P. 58, as follows:

1. Plaintiff / Counter-Defendant Ascot misappropriated Defendant / Counter-Plaintiff ADF's trade secrets in violation of the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. § 1832 et seq. and New York law.

2. ADF is awarded disgorgement damages from the profits derived by Ascot from sales to customers other than ADF of meatless meatballs produced using ADF's trade secrets after December 31, 2025 (the "2026 Sales").

3. To calculate the amount of this award, Ascot was ordered to submit a calculation of profits made by it from the 2026 Sales for the time period of January 1, 2026 to July 10, 2026. (See ECF #185, ¶ 8.) On July 16, 2026, Ascot submitted the calculation of its profits from the 2026 Sales, which reflected that all such profits were earned by June 30, 2026 and totaled $158,682. (ECF #186.)

4. Accordingly, ADF is awarded disgorgement damages in the amount of $158,682 representing Ascot's profits from the 2026 Sales (the "2026 Damages").

5. ADF is awarded pre-judgment interest at the New York statutory rate of 9.00% per annum (NYCPLR §§ 5001(a); 5004) on the 2026 Damages, calculated from July 1, 2026 through July 23, 2026, totaling $899.76, plus $39.12 per day through the date of entry of judgment (the "2026 Pre-Judgment Interest Award").

6. The total amount of the award to ADF for the 2026 Damages plus the 2026 Pre-Judgment Interest Award is $ 159,581.76 (the "2026 Award"). (Interest of $899.76)

7. ADF is awarded post-judgment interest on the 2026 Award starting from the date on which the judgment is entered pursuant to 28 U.S.C. § 1961.

**SO ORDERED.**

Dated: July 23, 2026

DALE E. HO
UNITED STATES DISTRICT JUDGE